UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>DONALD BOONE, )<br>)<br>Defendant. )<br>) | Criminal Action No. 05-427 (GK)<br><br>**FILED**<br>APR 15 2010<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

### ORDER

Defendant Donald Boone is charged in an indictment with two counts of Unlawful Distribution of 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii). This matter is presently before the Court on Defendant's Motion to Dismiss Indictment Because Defendant Has Been Denied His Right to a Speedy Trial [Dkt. No. 7]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant Boone's Motion to Dismiss Indictment is **granted**; and it is hereby

**ORDERED**, that a status conference will be held in this case on **April 23, 2010 at 10:00 a.m.**

April 15, 2010

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

Copies to: Attorneys of Record via ECF